# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| JARED PLYMIRE, | ) |
| Plaintiff, | ) |
| v. | ) No. 05-3110-CV-S-DW |
| JACK MERRITT, et al., | ) |
| Defendants. | ) |

**ORDER**

Before the Court is the parties' Stipulation of Dismissal with Prejudice (Doc. 52). The parties state that a settlement has been reached and a release executed. The parties have agreed that Plaintiff shall pay the costs of suit. Per the parties' request and pursuant to Fed. R. Civ. P. 41(a)(1), the Court hereby DISMISSES the claims asserted in Plaintiff's Complaint *with prejudice*, Plaintiff to pay the costs of suit.

Date: October 18, 2006

/s/ DEAN WHIPPLE
Dean Whipple
United States District Court